## MATTHEWS v FARM BUREAU MUTUAL INS. CO.

Ohio Appeals, 5th Dist, Muskingum Co

No 503. Decided Nov 21, 1933

Graham & Graham, Zanesville, for plaintiff in error.

Frazier & Holliday, Zanesville, for defendant in error.

For full opinion see 39 **OLR** 433; 190 NE 45; 47 Oh Ap 28.